FILED

03/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0012

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0012

_____

IN THE MATTER OF THE ESTATE OF
DOUGLAS C. DOWER,

    Deceased.

O R D E R

_____

    Appellant, by counsel, has filed a motion for an extension of time to file the opening brief in the referenced matter.

    IT IS ORDERED that the motion for extension is GRANTED. Appellant has until April 12, 2021, within which to file the opening brief.

    DATED this ____ day of March, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 8 2021